AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| PAMELA D. TUCKER, *Plaintiff* | ) ) ) ) Civil Action No. 1:23-cv-804 |
| DEPARTMENT OF VETERANS AFFAIRS, *Defendant* | ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court OVERRULES Tucker's Objections (Docs. 49, 50, 70), DENIES AS MOOT the various requests for relief Tucker raises in her third Objection (Doc. 70), AFFIRMS the decision of the Merit Systems Protection Board, and GRANTS the VA's Motion for Summary Judgment (Doc. 60).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Douglas R. Cole   .

Date:   10/21/25

CLERK OF COURT

*Melissa Saddler* (signature)

Signature of Clerk or Deputy Clerk